# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ASHLEY CUPIT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1849** |
| **ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION "O"** |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant shall pay Plaintiff $8,190.00 in reasonable attorney's fees, mailed to Plaintiff's attorney David F. Chermol, Law Offices of Chermol & Fishman, LLC at 11450 Bustleton Avenue, Philadelphia, PA 19116, with such award subject to offset for any outstanding debt Plaintiff owes the United States.

New Orleans, Louisiana, this 16th day of April, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 20.